**No. 58590.**—Phillips Chemical Co. and R. W. Smith *v.* United States, protest 188327–K (Galveston).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of a catalyst, composed in chief value of mineral substances, not decorated in any manner, the claim of the plaintiffs was sustained.